UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MACHAEL SUMMERS,

       Plaintiff,

v.                                                 Case No: 2:17-cv-340-FtM-99MRM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

       Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of Plaintiff's Notice of Settlement (Doc. 33) filed on December 19, 2017. Plaintiff informs the Court that this case has settled and he will file a notice of dismissal once the agreement and release are finalized. The Court will allow Plaintiff 30 days to do so. Plaintiff is further directed to clarify whether settlement encompasses all counterclaims as well. (Doc. 9).

Accordingly, it is now

**ORDERED:**

Plaintiff shall have up to and including **January 18, 2018** to submit a stipulated form of final judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of December, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.